UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 20-197 (DWF/TNL)

UNITED STATES OF AMERICA,

    Plaintiff,

v.   **NOTICE OF APPEARANCE**

ESTEBAN RAMOS, JR.,

    Defendant.

Please add the following Assistant United States Attorney to the above-captioned case:

<u>Add AUSA:</u>

Amber M. Brennan

Dated: December 13, 2021      Respectfully submitted,

CHARLES J. KOVATS, JR.
Acting United States Attorney

s/*Amber M. Brennan*

BY:  AMBER M. BRENNAN
Assistant U.S. Attorney
Attorney ID No. 0285961